April 20, 2021

Comes now, Creditor David Vander Meer, to object to the modification of the Chapter 13 obligations of Debtors Timothy and Courtney Haag, Case #20-20079-NGH.

The Modified Plan would allow debtors to receive a tax refund. Under the original Plan, those refunds have gone to creditors. While this may or may not be a 'windfall', since the Debtors' income while in the Plan financed the refund, I believe that refund should go to the Creditors.

The Modified Plan removes the possibility that Creditors might receive a larger portion of the amounts originally owed to them, through increases in debtors income. In the Notice to Modify, #7, states that the Debtors 'are expecting to apply for a PPP loan for their business...' yet also in #7, 'does not project that their financial condition will improve,...' and in #9, '...asserts that there will be no significant change in income in the future.' In the current housing market, building and remodeling contractors are highly sought after, so the idea a competent contractor could not find as much work as they want seems wrong. Loans are items that must be repaid, so the Debtors are proposing to 'resolve' their current obligations, get a loan for their business, not increase their income,  and repay a new loan.  Debtors' history of misleading people makes his projection of no increase or improvement in income unreliable. The Notice, #10, specifically mentions that creditors are advised this motion '...may deprive them of a potentially higher dividend...' if the Debtor has an increase in income.
Please, allow the Creditors the possibility to recoup a greater portion of their lost money.

Thank you for your consideration to my request.

Sincerely,

*signature*

David Vander Meer

U.S. COURTS

APR 26 2021

Rcvd_____Filed_____Time_____
Mail    STEPHEN W. KENYON
        CLERK, DISTRICT OF IDAHO

copies to: Bankruptcy Court
           Bankruptcy Trustee
           Debtors' Attorney

April 21, 2021

Case # 20-20079-NGH

Notice of Hearing

A Hearing on this Objection to the Modification has been scheduled for May 4, at 9 a.m.
Pacific time. Interested parties may appear at the Courthouse in Coeur d'Alene, or in
Boise, Idaho.

David Vander Meer
Creditor

38210 N. Lakeside Dr.
Elk, WA 99009

SPOKANE WA 990
22 APR 2021 PM 4 L

Clerk of the Bankruptcy Court
6450 N. Mineral Dr.
Coeur d'Alene, ID